## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Bonita Simone Grandison, | ) | Bankruptcy Case No. 21 B 07107 |
| | ) | |
| Debtor(s) | ) | Hon. Jacqueline P. Cox |
| | ) | |

### ORDER AND NOTICE OF SETTING HEARING ON REAFFIRMATION AGREEMENT: FOURSIGHT CAPITAL LLC

IT IS HEREBY ORDERED THAT the Court will hold a status hearing on the **Reaffirmation Agreement with Foursight Capital LLC,** filed July 6, 2021, docket entry no. 19, on July 27, **2021 at 1:00 p.m.**, before the Honorable Jacqueline P. Cox, by **Zoom (see Judge Cox webpage: http://www.zoomgov.com for information).** *Meeting number - 161 2732896; Passcode 778 135.*

Please take further notice that Debtor(s) and their attorney (if not pro se) are required to appear at this hearing.

Date: 7/13/21

Judge Jacqueline P. Cox
United States Bankruptcy Court